UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LUCIANO TONELLI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ARLEE ROTHWELL et al.<br><br>　　　　　　　Defendants. | CASE NO. C12-5751 RJB-JRC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. The Court will not dismiss this action pursuant to Fed. R. Civ. P. 25(a) because the Court does not know if the notice of death of plaintiff was properly served; and

3. This matter is RE-REFERRED to Magistrate Judge J. Richard Creatura.

DATED this 18th day of March, 2013.

　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1