# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| LUCIANO TONELLI,<br><br>  Plaintiff,<br><br>  v.<br><br>ARLEE ROTHWELL,<br><br>  Defendant. | CASE NO. C12-5751 RJB-JRC<br><br>ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. This action is dismissed without prejudice because mail to plaintiff was returned as undeliverable and the Court does not have an address for plaintiff or plaintiff's executor. *See* Local Rule 41(b)(2).

DATED this 8th day of July, 2013.

ROBERT J. BRYAN
United States District Judge

ORDER - 1